```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 32218
   ALFREDO CONTRERAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1539


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/25/2008 and was not confirmed.

     The case was dismissed without confirmation 02/25/2009.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
LVNV FUNDING             UNSEC W/INTER    4353.20              .00             .00
LVNV FUNDING             UNSEC W/INTER    4601.56              .00             .00
ASSET ACCEPTANCE LLC     SECURED              .00              .00             .00
HOME DEPOT               UNSEC W/INTER NOT FILED               .00             .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER   21029.15              .00             .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    1442.33              .00             .00
RESURGENCE FINANCIAL LLC UNSEC W/INTER   27994.46              .00             .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER    1627.40              .00             .00
F K & M LAW OFFICES      SECURED NOT I   31616.16              .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,481.50                              .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 32218 ALFREDO CONTRERAS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE